IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLAND KENNEDY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GLENN MILLS SCHOOL | : | NO. 10-7450 |

## **ORDER**

AND NOW, this 8th day of September, 2011, upon consideration of Plaintiff's unopposed letter request for a two week extension, **IT IS HEREBY ORDERED** that Plaintiff shall file his response to Defendant's Motion for Summary Judgment on or before September 20, 2011.

BY THE COURT

/s/John R. Padova

_____
John R. Padova                J.