IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLAND KENNEDY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GLEN MILLS SCHOOL, INC. | : | NO. 10-7450 |

## ORDER

**AND NOW**, this 15th day of November, 2011, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 10), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all counts.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.